In the Matter of LEO CAMILLONI, Petitioner, v JOHN DRAY, as Superintendent of Erie County Holding Center et al., Respondents.—Motion to extend time to take appeal denied.

Memorandum: Petitioner has stated no grounds for an extension of time to appeal *(see,* CPLR 5514, 5520). The issue of whether the time to appeal has begun to run is not before us *(see,* CPLR 5513 [a]). Present—Callahan, J. P., Boomer, Balio, Lawton and Davis, JJ.